1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

10

11

12

13

14

15

16

17

18

19

| | |
|---|---|
| JOHN DEGRAZIO,<br><br>          Plaintiff,<br><br>   vs.<br><br>SONORA UNION HIGH SCHOOL DISTRICT; MICHAEL MCCOY, in his Individual and Official Capacities; DAVID ROWAN, in his Individual Capacity; and DOES 1 THROUGH 10, Inclusive,<br><br>          Defendants. | **1:11-cv-01294-AWI-SKO**<br><br>**ORDER CONTINUING HEARINGS RE MOTION TO STRIKE PURSUANT TO FRCP 12(f), MOTIONS TO STRIKE PURSUANT TO CCP 425.16, & MOTIONS TO DISMISS PURSUANT TO FRCP 12(b)(6)** |

20

21

22

23

24

The Court having considered the parties' Stipulation to Continue Hearings re Motion to Strike Pursuant to FRCP 12(f), Motions to Strike Pursuant to CCP 425.16, and Motions to Dismiss Pursuant to FRCP 12(b)(6) agrees to continue the hearing date on the Defendants' motions to October 31, 2011 at 1:30 p.m. in Courtroom 2 and the deadlines for Plaintiff's oppositions and Defendants' replies to 14 and 7 days, respectively, before the new hearing date.

25

26

IT IS SO ORDERED.

27

28

Dated: __August 18, 2011__       _____

CHIEF UNITED STATES DISTRICT JUDGE

1

_____

[PROPOSED] ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER