UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN DEGRAZIO,<br><br>        Plaintiff,<br><br>    vs.<br><br>SONORA UNION HIGH SCHOOL DISTRICT; MICHAEL MCCOY, in his Individual and Official Capacities; DAVID ROWAN, in his Individual Capacity; and DOES 1 THROUGH 10, Inclusive,<br><br>        Defendants. | **1:11-cv-01294-AWI-SKO**<br><br>**ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE** |

     The Court having considered the parties' Stipulation to Continue the Mandatory Scheduling Conference hereby continues the scheduling conference date to January 24, 2012, at 9:30 a.m. in Courtroom 7.

     The parties shall file their Joint Scheduling Conference Report by January 17, 2012.

IT IS SO ORDERED.

Dated:  **November 2, 2011**           **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER