UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| JOHN DEGRAZIO,<br><br>    Plaintiff,<br><br> vs.<br><br>SONORA UNION HIGH SCHOOL DISTRICT; MICHAEL MCCOY, in his Individual and Official Capacities; DAVID ROWAN, in his Individual Capacity; and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | **1:11-cv-01294-AWI-SKO**<br><br>**ORDER DISMISSING WITH PREJUDICE** |

The Court having considered the parties' Stipulation of Dismissal hereby orders as follows:

1. Plaintiff's entire complaint and Defendants Sonora Union High School District, Michael McCoy, and David Rowan are dismissed with prejudice, and

2. Each party is to bear its own costs and fees.

IT IS SO ORDERED.

Dated: _November 16, 2011_   _____

          CHIEF UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER